IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02018-LTB-BNB

VITO RIZZUTO,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion for Ajudication [sic] of 2241 Habeas Corpus According to Ripeness Doctrine** [docket no. 12, filed September 17, 2009] (the "Motion").

     IT IS ORDERED that the Motion is DENIED.

DATED:  September 23, 2009